IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ANDREW JOHN SKIBICKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-cv-00974 |
| v. ) | Judge Nixon |
| ) | Magistrate Judge Bryant |
| PVH CORPORATION d/b/a VAN HEUSEN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

The parties to this action have filed a Stipulation of Dismissal, stating they have resolved their dispute and stipulating to dismiss Plaintiff's claims with prejudice. (Doc. No. 19.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is **DISMISSED with prejudice**, with each party to bear its own costs. The Court **DIRECTS** the Clerk of the Court to close the case.

It is so ORDERED.

Entered this the ___8___ day of July, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT